UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 15-44920-399 |
| KENNETH STOWERS SR | ) | Chapter 13 |
| | ) | |
| | ) | Re: Objection to Claim 3 filed by |
| | ) |     UNITED ASSET MANAGEMENT LLC |
| | ) | Acct: 8086 |
| | ) | |
| **Debtor** | ) | 3 OBJ: 04/25/2019 |
| | ) | |

### CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

The Trustee certifies that she made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to her objection or that any opposition has been resolved.

ORDCLM--SJC

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee

### ORDER

Upon Trustee's objection to claim number 3 filed by UNITED ASSET MANAGEMENT LLC, for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is denied.

**DATED: May 21, 2019**
**St. Louis, Missouri**

**Barry S. Schermer**
**United States Bankruptcy Judge**

Copy mailed to:

KENNETH STOWERS SR
3900 CRANBERRY LANE
SAINT LOUIS, MO  63121

NEIL WEINTRAUB
1515 N WARSON RD
STE 232
ST LOUIS, MO  63132

UNITED ASSET MANAGEMENT LLC
18682 BEACH BLVD #250
C/O THOMAS VO
HUNTINGTON BEACH, CA  92648

SOUTHLAW PC
13160 FOSTER
STE 100
OVERLAND PARK, KS  66213-2660

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

UNITED ASSET MANAGEMENT LLC
PO BOX 27370
C/O FCI LENDER SVCS INC
ANAHEIM, CA  92809-0112